IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAY CROSBY,

      Appellant,

 v.                              Case No.  5D17-3015

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed February 13, 2018

3.850 Appeal from the Circuit Court
for Lake County,
Lawrence J. Semento, Judge.

Ray Crosby, Lake City, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.


      AFFIRMED.  See § 934.03(2)(c), Fla. Stat. (2015).


ORFINGER, WALLIS and LAMBERT, JJ., concur.